UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------------X
A & E HARBOR TRANSPORT, INC.,                         CIVIL ACTION

                Plaintiff,                     Case No.: 2:20-cv-18509-SRC-CLW

     v.                                                   NOTICE OF MOTION

                                                       ORAL ARGUMENT
                                                       REQUESTED

TRI-COASTAL DESIGN GROUP, INC.,
and VOTUM ENTERPRISES, LLC,

                Defendants.

-------------------------------------------------------X

     PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and Declaration, including all exhibits, Defendant Votum Enterprises, LLC will move this Court, before The Honorable Judge Stanley R. Chesler, U.S.D.J., at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, Court Room:  PO No. 2, on the 1st day of March, 2021, or as soon thereafter as counsel can be heard, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff's Amended Complaint against Defendant Votum Enterprises, LLC  (Dkt. Entry #3).

Dated:  January 29, 2021            LAW FIRM OF TEDD S. LEVINE, LLC

                                                       By:   /s/Tedd S. Levine
                                                             Tedd S. Levine, Esq.
                                                             31 Dock Rd., Suite 162
                                                             Remsenburg, NY 11960
                                                             Tel:  (516) 770-3131
                                                             email: lawofficesofteddslevine@ gmail.com

                                                             *Attorneys for Defendant*
                                                             *Votum Enterprises, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2021, the foregoing documents were served on Plaintiff's counsel in accordance with the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the District of New Jersey. Service was made upon the following parties:

*Via email and U.S. Mail*

Michael Schwartzberg, Esq.
650 Bloomfield Avenue, Suite 100
Bloomfield, NJ 07003

*Attorney for Plaintiff*

_____
Tedd S. Levine, Esq.
31 Dock Rd., Suite 162
Remsenburg, NY 11960
Tel: (516) 770-3131
email: lawofficesofteddslevine@gmail.com