UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
---------------------------------------------------------X
A & E HARBOR TRANSPORT, INC.,                    CIVIL ACTION

                Plaintiff,                    Case No.: 2:20-cv-18509-SRC-CLW

        v.

TRI-COASTAL DESIGN GROUP,
INC., and VOTUM ENTERPRISES,
LLC,

                Defendants.
---------------------------------------------------------X

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

    The plaintiff hereby dismisses the complaint as against Tri-Coastal Design Group, Inc. without prejudice.

_____
By: Michael Schwartzberg
Attorney for Plaintiff

Dated: September 30, 2021