UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------X

A & E HARBOR TRANSPORT, INC.,

                    Plaintiff,

v.

TRI-COASTAL DESIGN GROUP, INC., and VOTUM ENTERPRISES, LLC,

                    Defendants.

---------------------------------------------------------X

CL

CIVIL ACTION

Case No.: 2:20-cv-18509-SRC-CLW

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The plaintiff hereby dismisses the complaint as against Tri-Coastal Design Group, Inc. without prejudice.

_____
By: Michael Schwartzberg
Attorney for Plaintiff

Dated: September 30, 2021

                                   **SO ORDERED.**
                                   <u>s/ Stanley R. Chesler</u>
                                   10-1-2021